## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HELEN KRUKAS,<br><br>        Plaintiff,<br>   v.<br><br>AARP, INC., AARP SERVICES INC., and<br>AARP INSURANCE PLAN,<br><br>        Defendants. | Civil Action No. 1:18-cv-01124-BAH |

### MOTION FOR SPECIAL ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to DCD LCv.R. 83.2(d), Jason S. Rathod, of Migliaccio & Rathod LLP, as counsel for Plaintiff, hereby moves for special admission *pro hac vice* to practice before this Court for David A. Goodwin and states as follows:

I was admitted to practice before the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA on July 11, 2005. I am currently an active member in good standing of the Bar of the United States District Court for the District of Columbia.

Based on the foregoing, I move for the admission of David A. Goodwin to this case *pro hac vice* on behalf of the Plaintiffs.

Dated  July 13, 2018

                                         *s/ Jason S. Rathod*
                                         Jason S. Rathod
                                         D.C. Bar No. 100082
                                         MIGLIACCIO & RATHOD LLP
                                         412 H Street, N.E., Ste. 302
                                         Washington, D.C. 20002
                                         Telephone: (202) 470-3520
                                         Facsimile: (202) 800-2730
                                         Email: jrathod@classlawdc.com

                                         *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I filed a copy of the foregoing through the Court's

CM/ECF system, thereby serving all parties electronically.


_s/ Jason S. Rathod_

2