**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| HELEN KRUKAS, | Civil Action No. 1:18-cv-01124-BAH |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF DAVID A. GOODWIN** |
| AARP, INC., AARP SERVICES INC., and AARP INSURANCE PLAN, | |
| Defendants. | |

Upon the motion of the Plaintiff, pursuant to Local Rule 83.2(d) of the Local Rules of

this Court, for an order admitting David A. Goodwin *pro hac vice* for all purposes on behalf of

the plaintiff in this action, and for good cause shown, it is hereby ORDERED that the motion is

GRANTED in all respects.

Dated: _____

                                      Hon. Beryl A. Howell
                                      Chief Judge