UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS, ANDREA KUSHIM, and GEORGIA LUKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>Defendants. | Civil Action No.: 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

**CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION AND CONFIDENTIAL EXHIBITS**

Plaintiffs, through undersigned counsel, hereby respectfully move this Court for leave to file under seal Plaintiffs' Memorandum in Support of Class Certification (D.E. 58) and confidential exhibits (Exhibit A – Declaration of Gregory Pinsonneault, and Exhibit B – Expert Report of Holly L. Blanchard). Redacted versions of the memo and the two exhibits are attached hereto. In support, Plaintiffs state that the memorandum and exhibits contain confidential information adduced in discovery from documents designated by Defendants and/or third party UnitedHealth Insurance Group as confidential under the stipulated protective order (D.E. 33).

Dated  January 15, 2021

/s/ Jason S. Rathod
Jason S. Rathod (D.C. Bar No. 100082)
Nicholas A. Migliaccio (D.C. Bar No. 484366)
MIGLIACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730

1

Email: jrathod@classlawdc.com
nmigliaccio@classlawdc.com

Kevin Landau (Admitted Pro Hac Vice)
Brett Cebulash (Admitted Pro Hac Vice)
Tess Bonoli (Admitted Pro Hac Vice)
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email: klandau@tcllaw.com
bcebulash@tcllaw.com
tbonoli@tcllaw.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin (Admitted Pro Hac Vice)
Brittany N. Resch
GUSTAFSON GLUEK PLLC
120 So. 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
bresch@gustafsongluek.com

Scott D. Hirsch
SCOTT HIRSCH LAW GROUP, PLLC
7301 W. Palmetto Park Road
Suite 207A
Boca Raton, FL 33433
Telephone: (561) 278-6707
Facsimile: (561) 278-6244
Email: scott@scotthirschlawgroup.com

Attorneys for Plaintiff

## CERTIFICATE REGARDING CONSENT

I hereby certify that, pursuant to LCvR 7 (m), Plaintiff sought the consent of Defendants' counsel prior to filing this motion, and Defendants consented to the relief here requested.

Dated: January 15, 2021                                                                 /s/ Jason S. Rathod
                                                                                                        Jason S. Rathod

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing Consent Motion to be served by ECF on all counsel who have appeared in this matter.

Dated: January 15, 2021                                     /s/ Jason S. Rathod
                                                            Jason S. Rathod