UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS, ANDREA KUSHIM, and GEORGIA LUKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>Defendants. | Civil Action No.: 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

|PROPOSED| ORDER

The Court GRANTS Plaintiffs' Consent Motion for Leave to File Under Seal Plaintiffs' Memorandum in Support of their Motion for Class Certification and Confidential Exhibits. The Clerk shall maintain Plaintiffs' memorandum and exhibits contained in docket entry 58 under seal.

IT IS SO ORDERED by this Court, this _____ day of _____.

_____
Honorable Chief Judge Beryl A. Howell