UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS, ANDREA KUSHIM, and GEORGIA LUKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>Defendants. | Civil Action No.: 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

**CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' DECLARATION IN SUPPORT OF CLASS CERTIFICATION AND CONFIDENTIAL EXHIBITS**

Plaintiffs, through undersigned counsel, hereby respectfully move this Court for leave to file under seal the Declaration of Jason S. Rathod in support of Plaintiffs' Memorandum in Support of Class Certification (D.E. 59) and confidential exhibits 1-67.

The redacted declaration is attached hereto.[1] Redacted versions of exhibits 54, 60, and 61 are attached hereto, as are exhibits 62-66.[2] In support of the motion, Plaintiffs state that exhibits 54, 60, and 61 contain sensitive personal information about Plaintiffs, which has been redacted. Exhibits 1-14, 18-53,[3] 55-59, and 67 contain confidential information adduced in discovery from documents designated by Defendants and/or third party UnitedHealth Insurance Group as

---

[1] Redacted from the declaration is descriptions of documents designated by AARP or UnitedHealthcare as confidential.

[2] Exhibits 62-66 are firm resumes of Plaintiffs' counsel and a set of jury instructions, all of which do not include redacted material. Plaintiffs included them in the sealed docket entry 59 for completeness so that all of the exhibits would be in one place for convenience of the court.

[3] As set forth in the declaration, exhibits 15-17 are blank documents (originally intended to include exhibits).

1

confidential or highly confidential under the stipulated protective order (D.E. 33).  Plaintiffs had not previously objected to the designation of confidential material, so under paragraphs 8 and 11 of the protective order, Plaintiffs submit they are not in a position to make their own judgments about redactions and have them filed with the Court. Nevertheless, in light of the court's minute order dated Jan. 11, 2011, Plaintiffs reached out to Defendants' counsel on January 12, 2021 to see if they believed that any of those exhibits could be redacted or must remain completely under seal. Defendants advised Plaintiffs of their belief that Exhibits 1-14, 18-53, 56-59, and 67 contain properly designated confidential information pursuant to the protective order and that those exhibits must remain completely under seal.

Dated   January 15, 2021

/s/ Jason S. Rathod
Jason S. Rathod (D.C. Bar No. 100082)
Nicholas A. Migliaccio (D.C. Bar No. 484366)
MIGLIACCIO & RATHOD LLP
412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
Email:  jrathod@classlawdc.com
             nmigliaccio@classlawdc.com

Kevin Landau (Admitted Pro Hac Vice)
Brett Cebulash (Admitted Pro Hac Vice)
Tess Bonoli (Admitted Pro Hac Vice)
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email:  klandau@tcllaw.com
             bcebulash@tcllaw.com
             tbonoli@tcllaw.com


Daniel E. Gustafson
Daniel C. Hedlund

David A. Goodwin (Admitted Pro Hac Vice)
Brittany N. Resch
GUSTAFSON GLUEK PLLC
120 So. 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email:  dgustafson@gustafsongluek.com
            dhedlund@gustafsongluek.com
            dgoodwin@gustafsongluek.com
            bresch@gustafsongluek.com

Scott D. Hirsch
SCOTT HIRSCH LAW GROUP, PLLC
7301 W. Palmetto Park Road
Suite 207A
Boca Raton, FL 33433
Telephone: (561) 278-6707
Facsimile: (561) 278-6244
Email:  scott@scotthirschlawgroup.com

Attorneys for Plaintiff

## CERTIFICATE REGARDING CONSENT

I hereby certify that, pursuant to LCvR 7 (m), Plaintiff sought the consent of Defendants' counsel prior to filing this motion, and Defendants consented to the relief here requested.

Dated: January 15, 2021                                            /s/ Jason S. Rathod
                                                                          Jason S. Rathod

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing Consent Motion to be served by ECF on all counsel who have appeared in this matter.

Dated: January 15, 2021                               /s/ Jason S. Rathod
                                                     Jason S. Rathod