**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ███████████████████████████<br>██████████████████████████████<br>███████████████<br><br>           ██████<br>           ▪<br>████████████████████████<br>███████████████████<br><br>                 ████████ | <br><br><br>█████████████████████████████<br><br>████████████████████ |

**DECLARATION OF JASON S. RATHOD IN SUPPORT OF PLAINTIFFS'
<u>MOTION FOR CLASS CERTIFICATION</u>**

I, JASON S. RATHOD, hereby declare under the penalties of perjury as follows:

1. I am an attorney licensed to practice in the District of Columbia and am permanently admitted to the United States District Court for the District of Columbia. I am a Partner with the law firm of Migliaccio & Rathod LLP, one of the firms representing Plaintiffs and the putative class in this action. I submit this declaration in support of Plaintiffs' Motion for Class Certification filed herewith.

1. Annexed hereto as **Exhibit 1** is a true and correct copy of the ████████████████ ████████████████████████████████████████████████████████████

2. Annexed hereto as **Exhibit 2** is a true and correct copy of the ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████.

3. Annexed hereto as **Exhibit 3** is a true and correct copy of the ████████████ ████████████████████████████████████████████████████████████

██████████████, produced in discovery by defendants as AARP_KRUKAS_0019736 to 0019775.

4. Annexed hereto as **Exhibit 4** is a true and correct copy of ███████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████

5. Annexed hereto as **Exhibit 5** is a true and correct copy of ███████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████.

6. Annexed hereto as **Exhibit 6** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ██████████

7. Annexed hereto as **Exhibit 7** is a true and correct copy ███████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████.

8. Annexed hereto as **Exhibit 8** is a true and correct copy of t██████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████.

9. Annexed hereto as **Exhibit 9** is a true and correct copy of ███████████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████.

10. Annexed hereto as **Exhibit 10** is a true and correct copy of ███████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ███████████████████████████████████.

11. Annexed hereto as **Exhibit 11** is a true and correct copy of ███████████ ███████████████████████████████████████████████ ███████████████████████████████.

12. Annexed hereto as **Exhibit 12** is a true and correct copy of ███████████ ██████████████████████████████████████████████████████████ ████████████████████████████████████████.

13. Annexed hereto as **Exhibit 13** is a true and correct copy of ███████████ ██████████████████████████████████████████████████████████ █████████████████████████████████████████████████.

14. Annexed hereto as **Exhibit 14** is a true and correct copy of ███████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████.

15. Annexed hereto as **Exhibit 15** is a blank document which has been omitted.

16. Annexed hereto as **Exhibit 16** is a blank document which has been omitted.

17. Annexed hereto as **Exhibit 17** is a blank document which has been omitted.

18. Annexed hereto as **Exhibit 18** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ██████████████████████████████

19. Annexed hereto as **Exhibit 19** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ██████████████████████████████

20. Annexed hereto as **Exhibit 20** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ██████████████████████████████.

21. Annexed hereto as **Exhibit 21** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ██████████████████████████████.

22. Annexed hereto as **Exhibit 22** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████.

23. Annexed hereto as **Exhibit 23** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████.

24. Annexed hereto as **Exhibit 24** is a true and correct copy of ██████████ ██████████████████████████████████████████████████ ████████████████████████████████████████.

25. Annexed hereto as **Exhibit 25** is a true and correct copy of ██████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████████.

26. Annexed hereto as **Exhibit 26** is a true and correct copy of ██████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████████.

27. Annexed hereto as **Exhibit 27** is a true and correct copy of ██████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████ ██████████████████████████████.

28. Annexed hereto as **Exhibit 28** is a true and correct copy of ██████████ ██████████████████████████████████████████████████ ████████████████████████████████████████████████.

29. Annexed hereto as **Exhibit 29** is a true and correct copy of ██████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████.

30. Annexed hereto as **Exhibit 30** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████

31. Annexed hereto as **Exhibit 31** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ███████████████████████████████

32. Annexed hereto as **Exhibit 32** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████.

33. Annexed hereto as **Exhibit 33** is a true and correct copy ██████████ ████████████████████████████████████████████████████████ ██████████████████████████.

34. Annexed hereto as **Exhibit 34** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ██████████████████████████.

35. Annexed hereto as **Exhibit 35** is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ .

36. Annexed hereto as **Exhibit 36** is a true and correct copy of ███████████ ███████████████████████████████████████████████ ██████████████████.

37. Annexed hereto as **Exhibit 37** is a true and correct copy of ███████████ ███████████████████████████████████████████████ ██████████████████████████████.

38. Annexed hereto as **Exhibit 38** is a true and correct copy of ███████████ ████████████████████████████████████████ ███████████████████████.

39. Annexed hereto as **Exhibit 39** is a true and correct copy of a chart of ██████ ███████████████████████████████████████████████ ██████████████████████████████.

40. Annexed hereto as **Exhibit 40** is a true and correct copy of ███████████ ███████████████████████████████████████████████ █████████████████████████████.

41. Annexed hereto as **Exhibit 41** is a true and correct copy of ███████████ ███████████████████████████████████████████████ ██████████████████.

42. Annexed hereto as **Exhibit 42** is a true and correct copy of ███████████ ████████████████████████████████████████ ██████████████████.

43. Annexed hereto as **Exhibit 43** is a true and correct copy of a ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████.

44. Annexed hereto as **Exhibit 44** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████.

45. Annexed hereto as **Exhibit 45** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████.

46. Annexed hereto as **Exhibit 46** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████.

47. Annexed hereto as **Exhibit 47** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████.

48. Annexed hereto as **Exhibit 48** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████.

49. Annexed hereto as **Exhibit 49** is a true and correct copy of ███████████████████████████████████████████████████████████████████████ ██████.

50. Annexed hereto as **Exhibit 50** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ ██████

51. Annexed hereto as **Exhibit 51** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

52. Annexed hereto as **Exhibit 52** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████.

53. Annexed hereto as **Exhibit 53** is a true and correct copy of ███████████████████████████████████████████████████████████████████.

54. Annexed hereto as **Exhibit 54** is a true and correct copy of a mailing sent to Plaintiff Andrea J Kushim regarding monthly payments for 2020 produced in discovery by defendants as KRUKAS000348.

55. Annexed hereto as **Exhibit 55** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████.

56. Annexed hereto as **Exhibit 56** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████

57. Annexed hereto as **Exhibit 57** is a true and correct copy of the ███████████

██████████████████████████████████████████████████████████.

58. Annexed hereto as **Exhibit 58** is a true and correct copy of the ███████████

███████████████████████████████████████████████████████.

59. Annexed hereto as **Exhibit 59** is a true and correct copy of ████████████

████████████████████████████████████.

60. Annexed hereto as **Exhibit 60** is a true and correct copy of the excerpts of the transcript of the Deposition of Plaintiff Helen Krukas conducted on November 19, 2020.

61. Annexed hereto as **Exhibit 61** is a true and correct copy of the excerpts of the transcript of the Deposition of Plaintiff Andrea Kushim conducted on December 10, 2020.

62. Annexed hereto as **Exhibit 62** is a true and correct copy of the Resume of Counsel from Migliaccio & Rathod LLP for the Plaintiffs and the putative class.

63. Annexed hereto as **Exhibit 63** is a true and correct copy of the Resume of Counsel from Taus, Cebulash & Landau, LLP for the Plaintiffs and the putative class.

64. Annexed hereto as **Exhibit 64** is a true and correct copy of the Resume of Counsel from Gustafson Gluek PLLC for the Plaintiffs and the putative class.

65. Annexed hereto as **Exhibit 65** is a true and correct copy of the Resume of Counsel from Scarlett & Hirsch PA for the Plaintiffs and the putative class.

66. Annexed hereto as part of **Exhibit 66** is a true and correct copy of the Standardized Civil Jury Instructions for the CPPA-Misrepresentations.

67. Annexed hereto as **Exhibit 67** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████.

Declared under the penalty of perjury this 8th day of January 2021 in Washington, D.C.

*/s/ Jason S. Rathod*

Jason S. Rathod, Esq.