# Exhibit 54



ANDREA J KUSHIM

| | |
|---|---|
| **Annual Notice** | |
| Phone | 1-866-562-0923 |
| TTY | 711 |
| Membership Number | |
| Date | September 21, 2019 |

# IMPORTANT HEALTH INSURANCE RATE INFORMATION

Dear ANDREA J KUSHIM,

Thank you for allowing UnitedHealthcare Insurance Company to bring you quality health insurance.

## 2020 Plan and Payment Information

The information below states the total monthly payments for all plan holders in the household for the upcoming year. The new rates for your AARP® Medicare Supplement Plans will take effect on January 1, 2020.

| Monthly Household Payment (including your discounts and adjustments[1]) | | | | | | |
|---|---|---|---|---|---|---|
| Due Date | January | February | March | April | May | June |
| Amount Due | $186.81 | $186.81 | $186.81 | $186.81 | $186.81 | $186.81 |
| Due Date | July | August | September | October | November | December |
| Amount Due | $186.81 | $186.81 | $186.81 | $186.81 | $186.81 | $186.81 |

[1] The monthly payment amount may have been adjusted for one or more of the following reasons: (1) Changes in the discounts you may be receiving including electronic funds transfer (EFT), enrollment discounts and/or multi-insured discounts where applicable. Please note that not all discounts are available in all states. (2) Contributions made on your behalf by your former employer if the employer is paying any portion of your payment amount, or funds applied from your pension. Any changes in discounts, employer contribution amounts, or pension deductions may result in changes to your overall monthly household payment.

The amounts above will be deducted automatically each month from your bank account by electronic funds transfer. If there has been any change to your banking information, please tell us right away so you won't miss any payments. The amount due is the total household payment including all of your discounts and adjustments.

UnitedHealthcare Insurance Company pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP and its affiliates are not insurers. Insured by UnitedHealthcare Insurance Company (UnitedHealthcare Insurance Company of New York for New York certificate holders).

CONFIDENTIAL     KRUKAS000348

REBILL2020_EFT_01AA