# Exhibit 65

**Scott D. Hirsch**

Scott D. Hirsch is a founding member of Scott Hirsch Law Group, PLLC. He is a *magna cum laude* graduate of Lynn University with a major in Psychology (B.A. 1999), and graduate of St. Thomas University School of Law (J.D. 2007). Mr. Hirsch is admitted to practice and a member in good standing of the Florida Bar and is admitted to practice in the United States District Court for the Southern District of Florida.  Mr. Hirsch has had an extensive career representing consumers in securities litigation, consumer protection actions, and class actions.

During law school, Mr. Hirsch worked for Grumer & Macaluso, P.A. a boutique litigation firm specializing in complex commercial litigation. located in Ft. Lauderdale, Florida.  After graduation from law school Mr. Hirsch secured a position in that firm as an Associate Attorney, with his practice focusing on representing corporations and individuals in complex business disputes, real estate transactions, litigation, and debtor/creditor litigation.

In 2008 Mr. Hirsch, began representing plaintiffs in securities matters, focusing on complex securities litigation, including class actions, in state, federal court and alternative dispute resolution forums.

In addition to securities litigation, Mr. Hirsch also represents clients in civil litigation and commercial disputes.  Specifically, focusing on consumer protection class actions in both state and federal courts.

Mr. Hirsch has been rated AV Preeminent by Martindale-Hubbell Peer Review Ratings and is a member of the Palm Beach County Bar Association and the Broward County Bar Association. Mr. Hirsch has also been named a 2015 Top Rated Lawyers South Florida's Legal Leaders as published in the Miami Herald.

Mr. Hirsch is currently, or has been actively involved in the representation of plaintiffs and classes in numerous securities cases and complex consumer litigation cases including *Share v. State Street Bank and Trust Co. et al.* (D. Mass.); *Edythe Cox v. State Street Bank and Trust Co. et al.* (D. Mass.); *JoAnne Wolff v. State Street Bank and Trust Co. et al.* (D. Mass.); *Michael Wolff v. State Street Bank and Trust Co. et al.* (D. Mass.); *Alan Wolff et al. v. State Street Bank and Trust Co. et al.* (D. Mass.); *Catherine Cox v. State Street Bank and Trust Co. et al.* (D. Mass.); *Star v. State Street Bank and Trust Co. et al.* (D. Mass.); *Taragano v. State Street Bank and Trust Co. et al.* (D. Mass.); *Adelson et al. v. State Street Bank and Trust Co. et al.* (D. Mass.); *DeSalvo-Cavelius v. State Street Bank and Trust Co. et al.* (D. Mass.); *Kazmaier v. State Street Bank and Trust Co. et al.* (D. Mass.); *Coelho et al. v. State Street Bank and Trust Co. et al.* (D. Mass.); *Shank et al. v. State Street Bank and Trust Co. et al.* (D. Mass.); *Fuchs et al. v. State Street Bank and Trust Co. et al.* (D. Mass.);  *Nancy Cox et al v. State Street Bank and Trust Co. et al.* (D. Mass.); *Smith v. Questar Capital Corp.* (D. Minn.); *Hawk, et al. v. Pershing, LLC* (N.D. Tex.); *Ryder, et al. v. Pershing, LLC* (N.D. Tex.); *McLeod, et al. v. Pershing, LLC* (N.D. Tex.); *Sanford, et al. v. Pershing, LLC* (N.D. Tex.); *Bronstein, et al. v. Pershing, LLC* (N.D. Tex.); *Powell, et al. v. Pershing, LLC* (N.D. Tex.); *Espinosa, et al. v. Pershing, LLC* (N.D. Tex.); *Lowe, et al. v. Pershing, LLC* (N.D. Tex.); *Weatherly, et al. v. Pershing, LLC* (N.D. Tex.); *Diaz, et al. v. Pershing, LLC* (N.D. Tex.); *Amigo, et al. v. Pershing, LLC* (N.D. Tex.); *Nuila, et al. v. Pershing, LLC* (N.D. Tex.); *Ochea, et al. v. Pershing, LLC* (N.D. Tex.); *Cottone, et al. v. AMD, Inc., et al.* (N.D. Ga.); *Luis v. RBC Capital Markets, LLC* (D. Minn.); *Rodriguez et al v. JPay, Inc. et al.* (S.D. Fla.); *Abellard, Jr., et al. v. Nationstar Mortgage, LLC* (S.D. Fla.); *350S Trust, LLC v. Carrington Mortgage Services, LLC* (S.D. Fla.); *Nicolas Enterprises, LLC, et al. v. USA* (U.S.C.F.C); *Fuog v. CVS Pharmacy, Inc.* (D. RI.); and *Smith v. Walgreens Boots Alliance, Inc. et al.* (N.D. Ca.).