# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS, ANDREA KUSHIM, and GEORGIA LUKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>Defendants. | Civil Action No.: 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

## |PROPOSED| ORDER

The Court GRANTS Plaintiffs' Consent Motion for Leave to File Under Seal Plaintiffs' Declaration in Support of Class Certification and Confidential Exhibits. The Clerk shall maintain Plaintiffs' declaration and exhibits contained in docket entry 59 under seal.

IT IS SO ORDERED by this Court, this _____ day of _____.

_____
Honorable Chief Judge Beryl A. Howell