UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS and ANDREA KUSHIM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>      Defendants. | Civil Action No. 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

**MOTION FOR EXTENSION OF EXPERT WITNESS REPORTS DEADLINE**

Plaintiffs Helen Krukas and Andrea Kushim ("Plaintiffs") respectfully move the Court for a 30-day extension of the current deadlines in the Court's Order dated April 14, 2021.

Plaintiffs and Defendants AARP, Inc; AARP Services Inc.; and AARP Insurance Plan ("Defendants"), (hereinafter referred to together as the "Parties"), submitted a Stipulation Extending Deadlines in the Scheduling Order, which the Court granted on April 14, 2021.

There have been six prior extensions of various case deadlines in this matter, including the most recent April 14th, 2021 extension. The Parties requested most of the extensions because of challenges associated with the ongoing COVID-19 pandemic and requested other extensions so that they could work through discovery disputes without burdening the Court with motion practice. The Parties have already completed fact discovery and class certification briefing according to the current schedule.

Good cause exists for the requested extension. On June 25, 2021 (four days before the close of discovery), and on July 7, 2021 (over a week after the close of discovery), Defendants produced documents and information that may be important to Plaintiffs' experts in preparing their reports. As a result, Plaintiffs seek additional time in order to evaluate these recent

1

productions in relation to forthcoming expert reports. Additionally, members of Plaintiffs' legal team and Plaintiffs' experts, have professional and personal conflicts prior to the current expert report deadline.

Finally, no party will be prejudiced as a result of a 30-day extension to the current schedule dates.

Defendants have not consented to the requested extension (despite repeated requests that Defendants agree to this brief extension as a matter of professional courtesy).

Based on all the foregoing, Plaintiffs respectfully request that the deadlines in the Scheduling Order be extended by approximately 30 days, as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Written reports for expert witnesses on issues for which the parties have the burden of proof due | July 27, 2021 | August 27, 2021 |
| Rebuttal expert reports due | August 24, 2021 | September 24, 2021 |
| Reply expert reports due | September 22, 2021 | October 22, 2021 |
| Expert depositions due | October 19, 2021 | November 19, 2021 |
| Summary judgment motions due | November 12, 2021 | December 10, 2021 |
| Oppositions to motions for summary judgment due | December 17, 2021 | January 14, 2022 |
| Replies to motions for summary judgment due | January 19, 2022 | February 18, 2022 |

Dated: July 14, 2021

On Behalf of Plaintiffs:

*/s/ Jason S. Rathod*
Jason S. Rathod
(D.C. Bar No. 100082)
Nicholas A. Migliaccio
(D.C. Bar No. 484366)
**MIGLIACCIO & RATHOD LLP**

412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund (Admitted *Pro Hac Vice*)
David A. Goodwin (Admitted *Pro Hac Vice*)
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
120 So. 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
bresch@gustafsongluek.com

Kevin Landau (Admitted *Pro Hac Vice*)
Brett Cebulash (Admitted *Pro Hac Vice*)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
klandau@tcllaw.com
bcebulash@tcllaw.com

Scott D. Hirsch (Admitted *Pro Hac Vice*)
**SCOTT HIRSCH LAW GROUP, PLLC**
6810 N. State Road 7
Coconut Creek, FL 33073
Telephone: (561) 278-6707
scott@scotthirschlawgroup.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served on Defendants' counsel through the Court's electronic filing system.

Dated: July 15, 2021 /s/ *Jason S. Rathod*
Jason S. Rathod

**CERTIFICATE REGARDING CONSENT**

I hereby certify that pursuant to LCvR 7 (m), Plaintiffs' counsel sought the consent of Defendants' counsel prior to filing this motion, and Defendants **have not** agreed for this motion to be submitted jointly.

Dated: July 15, 2021                                          */s/ Jason S. Rathod*
                                                              Jason S. Rathod