UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS and ANDREA KUSHIM, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>AARP, INC., AARP SERVICES INC., and AARP INSURANCE PLAN,<br><br>        Defendants. | Civil Action No. 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

## **[PROPOSED] SCHEDULING ORDER**

WHEREAS, the Court has reviewed Plaintiffs' MOTION FOR EXTENSION dated July 15, 2021; and

WHEREAS, the Court finds good cause exists for the requested extension; now

THEREFORE, having reviewed Plaintiffs' proposed schedule, it is hereby ORDERED that the MINUTE ORDER issued April 14, 2021, is hereby MODIFIED as follows:

1. Fact discovery is completed, but if a class is certified, the parties may obtain discovery relevant to the certified class after certification;

2. By August 27, 2021, the parties shall identify and provide written reports for expert witnesses on issues for which they have the burden of proof;

3. By September 24, 2021, rebuttal expert reports shall be submitted;

4. By October 22, 2021, reply expert reports shall be submitted;

5. By November 19, 2021, all expert depositions shall be completed;

      6.      By December 10, 2021, motions for summary judgment and supporting memoranda shall be filed;

      7.      By January 14, 2022, memoranda in opposition to motions for summary judgment shall be filed; and

      8.      By February 18, 2022, reply memoranda in support of motions for summary judgment shall be filed.

**IT IS SO ORDERED.**

Dated: _____

                                            BERYL A. HOWELL
                                            Chief Judge