UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS, ANDREA KUSHIM, and GEORGIA LUKE on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>AARP, INC., AARP SERVICES, INC., and AARP INSURANCE PLAN,<br><br>        Defendants. | Civil Action No. 18-cv-1124 (BAH)<br><br>Chief Judge Beryl A. Howell |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION

Defendants AARP, Inc., AARP Services, Inc., and AARP Insurance Plan respectfully submit this response to Plaintiffs' Motion for Extension of Expert Witness Reports Deadline, ECF No. 90 (the "Motion").

Defendants have consented to multiple extensions of time as a professional courtesy while this case has been pending. In fact, Plaintiffs' Motion seeks the seventh extension of this Court's original scheduling order, even when Defendants agreed to the latest extension only three months ago. Nothing material has changed in these last three months. The supplemental productions of documents Defendants have made were not voluminous or particularly material, as they were derivative of other documents Defendants produced long ago.

Plaintiffs' counsel excluded the fact that Defendants' counsel indicated they would agree to this latest request for an extension if Plaintiffs would (1) acknowledge that there are no more fact-discovery disputes given that fact discovery closed on June 29, 2021 under this Court's scheduling order, and (2) agree to allow Defendants to claw back documents that were missing redactions, as allowed by the Court's protective order. Rather than agree to these unremarkable

1

acknowledgements, Plaintiffs have apparently opted instead to file the Motion unilaterally and represent to the Court that Defendants' counsel have denied their "repeated requests . . . as a matter of professional courtesy." Motion at 2. Defendants take no position on the Motion but submit this response to correct the misleading representations Plaintiffs have made to the Court.

Dated: July 16, 2021						Respectfully Submitted,


							/s/ *Alec W. Farr*
							Alec W. Farr (D.C. Bar No. 440046)
							Heather S. Goldman (D.C. Bar No. 1001566)
							Adam L. Shaw (D.C. Bar No. 1035046)
							BRYAN CAVE LEIGHTON PAISNER LLP
							1155 F Street, NW
							Washington, DC 20004
							Phone: (202) 508-6000
							Fax:    (202) 508-6200
							awfarr@bclplaw.com
							heather.goldman@bclplaw.com
							adam.shaw@bclplaw.com

							Jeffrey S. Russell (admitted *pro hac vice*)
							Steven J. Alagna (admitted *pro hac vice*)
							BRYAN CAVE LEIGHTON PAISNER LLP
							211 North Broadway, Suite 3600
							St. Louis, MO 63102
							Phone: (314) 259-2000
							Fax:    (314) 259-2020
							jsrussell@bclplaw.com
							steven.alagna@bclplaw.com

							*Attorneys for Defendants AARP, Inc., AARP Services, Inc., and AARP Insurance Plan*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2021, a true and correct copy of the foregoing was served upon the following via the Court's electronic-filing system:

Jason S. Rathod (D.C. Bar No. 100082)
Nicholas A. Migliaccio (D.C. Bar No. 484366)
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
Email: jrathod@classlawdc.com
nmigliaccio@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund
David A. Goodwin (Admitted *Pro Hac Vice*)
Brittany N. Resch
Jamie Hozler
**GUSTAFSON GLUEK PLLC**
120 So. 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email:dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
bresch@gustafsongluek.com
jholzer@gustafsongluek.com

Kevin Landau (Admitted *Pro Hac Vice*)
Brett Cebulash (Admitted *Pro Hac Vice*)
Tess Bonoli (Admitted *Pro Hac Vice*)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
Email: klandau@tcllaw.com
klandau@tcllaw.com
bcebulash@tcllaw.com
tbonoli@tcllaw.com

Scott D. Hirsch
**SCOTT HIRSCH LAW GROUP, PLLC**
7301 W. Palmetto Park Road
Suite 207A
Boca Raton, FL 33433
Telephone: (561) 278-6707
Facsimile: (561) 278-6244
Email: scott@scotthirschlawgroup.com

*Attorneys for Plaintiffs*

   /s/    *Adam L. Shaw*
  Adam L. Shaw