UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS and ANDREA KUSHIM, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN, <br><br> Defendants. | Civil Action No. 1:18-cv-01124-BAH <br><br> Chief Judge Beryl A. Howell |

**PLAINTIFFS' OMNIBUS CONSENT MOTION FOR LEAVE TO: (1) FILE CERTAIN CORRECTED DOCUMENTS AND EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; (2) FILE UNREDACTED VERSIONS OF THESE DOCUMENTS UNDER SEAL; AND (3) PUBLICLY FILE VERSIONS OF PLAINTIFFS' MEMORANDUM IN OPPOSITION AND ACCOMPANYING DOCUMENTS AND EXHIBITS WITH MORE LIMITED REDACTIONS**

Plaintiffs, by and through their undersigned counsel, respectfully move this Court for leave to file under seal corrected versions of Plaintiffs' Statement of Additional Material Facts and Counter-Statement of Genuine Issues (ECF No. 102), the Declaration of Jason S. Rathod in Support of the Memorandum (ECF No. 105), and certain confidential exhibits to the Declaration, namely Exhibits Q (ECF No. 105-10) and DD (ECF No. 105-23).[1] Plaintiffs seek leave to substitute corrected documents. Upon discovering the need for the corrections, counsel for Plaintiffs contacted counsel for Defendants, identified the corrections needed, and inquired as to their position. Defendants stated that they had no objection to the relief. Accordingly, good cause

---

[1] Redacted versions are attached hereto as Ex. 102 (Corrected - Redacted) and Ex. 105 (Corrected - Redacted). Exhibits Q and DD will be filed entirely under seal, the justification for which is provided further below. Additionally, for the convenience of the Court and the parties, Plaintiffs are submitting redlined copies of Plaintiffs' Fact Statement and Declaration, showing the changes made so that all amendments are readily identified. The redlined copies will be filed under seal in the next docket entry as Ex. 102-A (Redlined) and 105-B (Redlined).

exists, and the submission of the corrected documents is appropriate and warranted under the circumstances.

There is also good cause to file unredacted versions of these documents and exhibits under seal as well as to maintain under seal several previously filed exhibits (all exhibits except for Exhibits A, D, E, O, Z (redacted), CC, AAA, and CCC). Plaintiffs state that these documents and exhibits contain confidential information adduced in discovery from documents designated by Defendants and/or third party UnitedHealth Insurance Group as confidential under the stipulated protective order (D.E. 33). Plaintiffs have evaluated the confidential exhibits and designated redactions pursuant to the Court's August 30, 2021 minute order, conferred with Defendants, and have determined that the remaining designations and confidential exhibits are properly maintained under seal pursuant to *United States v. Hubbard*, 650 F.2d 293, 316-17 (D.C. Cir. 1980); *McConnell v. FEC*, 251 F. Supp. 2d 919, 927 (D.D.C. 2003); and their progeny.[2] Specifically, Defendants represent that these materials implicate contractual confidentiality obligations involving third parties and proprietary information that is commercially sensitive. Unredacted versions of the corrected documents and exhibits will be filed under seal in the next docket entry with the following labels: Ex. 102 (Corrected), Ex. 105 (Corrected); Ex. Q (Corrected); Ex. DD. (Corrected).

However, in response to the Court's minute order, and after extensive conferral with Defendants, there is also good cause for Plaintiffs to publicly file a redacted version of their Memorandum in Opposition to Summary Judgment, Statement of Additional Material Facts and Counter-Statement of Genuine Issues (as referenced in the first paragraph above), and to unseal a

---

[2] Plaintiffs, however, reserve their right to reconsider this position as the litigation advances, including if there is a trial.

number of previously sealed exhibits. Attached hereto are redacted versions of Plaintiffs' Memorandum (which contains more limited redactions than that originally filed with the Court), Statement of Additional Material Facts and Counter-Statement of Genuine Issues, and non-confidential exhibits, namely Exhibits A, D, E, O, Z (redacted), CC, AAA, and CCC.

Dated: September 17, 2021                Respectfully submitted,

*/s/ Jason S. Rathod*
Jason S. Rathod
(D.C. Bar No. 100082)
Nicholas A. Migliaccio
(D.C. Bar No. 484366)
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

Daniel E. Gustafson
Daniel C. Hedlund (Admitted *Pro Hac Vice*)
David A. Goodwin (Admitted *Pro Hac Vice*)
Brittany N. Resch
**GUSTAFSON GLUEK PLLC**
120 So. 6th St., Ste. 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
bresch@gustafsongluek.com

Kevin Landau (Admitted *Pro Hac Vice*)
Brett Cebulash (Admitted *Pro Hac Vice*)
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (646) 873-7654

>Facsimile: (212) 931-0703
>klandau@tcllaw.com
>bcebulash@tcllaw.com
>
>Scott D. Hirsch (Admitted *Pro Hac Vice*)
>**SCOTT HIRSCH LAW GROUP, PLLC**
>6810 N. State Road 7
>Coconut Creek, FL 33073
>Telephone: (561) 278-6707
>scott@scotthirschlawgroup.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE REGARDING CONSENT

I hereby certify that, pursuant to LCvR 7 (m), Plaintiff sought the consent of Defendants' counsel prior to filing this motion, and Defendants consented to the relief here requested.

Dated: September 17, 2021                                              /s/ Jason S. Rathod
                                                                                            Jason S. Rathod

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served on Defendants' counsel through the Court's electronic filing system.

Dated: September 17, 2021                                          */s/ Jason S. Rathod*
                                                                                            Jason S. Rathod