## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS, ANDREA KUSHIM, and GEORGIA LUKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>Defendants. | Civil Action No.: 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

## |PROPOSED| ORDER

The Court GRANTS Plaintiffs' Omnibus Motion as follows:

(1) Corrected Versions of Plaintiffs' Statement of Additional Material Facts and Counter-Statement of Genuine Issues; the Declaration of Jason S. Rathod in Support of the Memorandum, and confidential exhibits to the Declaration, namely Exhibits Q and DD, are accepted for filing, to be maintained under seal by the Clerk of the Court, and deemed to replace the sealed versions previously filed in error (*see* ECF Nos. 102, 105, 105-10, and 105-23, respectively);

(2) The Clerk of the Court shall also maintain under seal Plaintiffs' Unredacted Memorandum, and confidential exhibits, which are all exhibits except Exhibits A, D, E, O, CC, AAA, and CCC.

IT IS SO ORDERED by this Court, this _____ day of _____.

_____
Honorable Chief Judge Beryl A. Howell