# Ex. 105
# Rathod Declaration
# (Corrected)
# (Redacted)

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

HELEN KRUKAS and ANDREA KUSHIM, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,

        Defendants.

Civil Action No.: 1:18-cv-01124-BAH

Chief Judge Beryl A. Howell

## CORRECTED DECLARATION OF JASON S. RATHOD IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, JASON S. RATHOD, hereby declare under the penalties of perjury as follows:

I am an attorney licensed to practice in the United States District Court for the District of Columbia. I am a Partner with the law firm of Migliaccio & Rathod LLP, one of the firms representing Plaintiff and the putative class in this action. I submit this declaration in support of Plaintiff's Motion for Class Certification filed herewith.

1. Annexed hereto as **Exhibit A** is a true and correct copy of AARP's filed Form 990: Return of Organization Exempt From Income Tax from 2018.

2. Annexed hereto as **Exhibit B** is a true and correct copy of the Expert Report of Gregory Pinsonneault.

3. Annexed hereto as **Exhibit C** is a true and correct copy of the transcript from the April 23, 2019 deposition of █████████████████████████████████████
█████████████████.

4. Annexed hereto as **Exhibit D** is a true and correct copy of AARP's 2017 and 2018 Consolidated Financial Statements with Report of Independent CPAs.

5. Annexed hereto as **Exhibit E** is a true and correct copy of the March 2011 Report, Behind the Veil: The AARP America Doesn't Know.

6. Annexed hereto as **Exhibit F** is a true and correct copy of ███████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████████.

7. Annexed hereto as **Exhibit G** is a true and correct copy of ███████████ ███████████████████████████████████████████████████████████ ██████████████████████████████████.

8. Annexed hereto as **Exhibit H** is a true and correct copy of ███████████ ███████████████████████████████████████████████████████████ ██████████████████████████.

9. Annexed hereto as **Exhibit O** is a true and correct copy of the 2021 Fortune 500 ranking of companies' revenues and profits.

10. Annexed hereto as **Exhibit Q** is a true and correct copy of ███████████ ███████████████████████████████████████████████████████████ ██████████████████████████████████████████.

11. Annexed hereto as **Exhibit R** is a true and correct copy of ███████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████████.

12. Annexed hereto as **Exhibit S** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████

13. Annexed hereto as **Exhibit T** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████

███████████████████████████████

14. Annexed hereto as **Exhibit U** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████

███████████████████████████████████████

15. Annexed hereto as **Exhibit V** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████

███████████████████████████████████.

16. Annexed hereto as **Exhibit W** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

17. Annexed hereto as **Exhibit X** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████

18. Annexed hereto as **Exhibit Y** is a true and correct copy of ███████████████

███████████████████████████████████████████████████████

19. Annexed hereto as **Exhibit Z** is a true and correct copy of the Expert Report of Holly L. Blanchard, FLMI, AIE, CCP, ACP, INS, MCM from August 25, 2021.

20. Annexed hereto as **Exhibit AA** is a true and correct copy of ███████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ████████████████████████████████████

21. Annexed hereto as **Exhibit BB** is a true and correct copy of █████████████ ███████████████████████████████████████████████████████████████████████ ███████

22. Annexed hereto as **Exhibit CC** is a true and correct copy of the December 21, 2011 U.S. House of Representatives Committee on Ways and Means' Report to the IRS which was produced in discovery as AARP_KRUKAS_0043813 to 0043816.

23. Annexed hereto as **Exhibit DD** is a true and correct copy of █████████████ ███████████████████████████████████████████████████████████████████████

24. Annexed hereto as **Exhibit EE** is a true and correct copy of █████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████

25. Annexed hereto as **Exhibit FF** is a true and correct copy of █████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████████ ███████████████████████████████████████

26. Annexed hereto as **Exhibit GG** is a true and correct copy of ████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████

27. Annexed hereto as **Exhibit HH** is a true and correct copy of ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████

28. Annexed hereto as **Exhibit II** is a true and correct copy of ████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

29. Annexed hereto as **Exhibit JJ** is a true and correct copy of ████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

30. Annexed hereto as **Exhibit KK** is a true and correct copy of ████████████████ ████████████████████████████████████████████████████████████ ████████

31. Annexed hereto as **Exhibit LL** is a true and correct copy of ████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████

5

32. Annexed hereto as **Exhibit MM** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

33. Annexed hereto as **Exhibit NN** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

34. Annexed hereto as **Exhibit OO** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

35. Annexed hereto as **Exhibit PP** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

36. Annexed hereto as **Exhibit QQ** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

37. Annexed hereto as **Exhibit RR** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████

38. Annexed hereto as **Exhibit SS** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

39. Annexed hereto as **Exhibit TT** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

40. Annexed hereto as **Exhibit UU** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

41. Annexed hereto as **Exhibit VV** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

42. Annexed hereto as **Exhibit WW** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

43. Annexed hereto as **Exhibit XX** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

44. Annexed hereto as **Exhibit YY** is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

45. Annexed hereto as **Exhibit AAA** is a true and correct copy of an advertisement for the AARP Medicare Supplement Insurance Plan by UnitedHealthcare, produced in discovery as AARP_KRUKAS_0000220.

46. Annexed hereto as **Exhibit BBB** is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

47. Annexed hereto as **Exhibit CCC** is a true and correct copy of an AARP Amicus Brief in *PHH Corp., et al. v. Consumer Financial Protection Bureau*, Case No. 15-1177 (D.C. Cir.) (Dkt. # 1668978).

Declared under the penalty of perjury this 27th day of August 2021 in Washington, D.C.

*/s/ Jason S. Rathod*

Jason S. Rathod, Esq.