# Exhibit O

# ☰ FORTUNE

- ☐ BEST COMPANIES
- ☐ WORLD'S MOST ADMIRED COMPANIES
- ☐ CHANGE THE WORLD
- ☐ FASTEST GROWING COMPANIES

| RANK ^ | NAME | REVENUES ($M) | REVENUE PERCENT CHANGE | PROFITS ($M) | PROFITS PERCENT CHANGE | ASSETS ($M) | MARKET VALUE — AS OF MARCH 29, 2019 ($M) | CH (FU |
|---|---|---|---|---|---|---|---|---|
| 6 | UnitedHealth Group | $226,247.0 | 12.5% | $11,986.0 | 13.5% | $152,221.0 | $237,255.5 | -1 |
| 33 | Anthem | $92,105.0 | 2.3% | $3,750.0 | -2.4% | $71,571.0 | $73,826.6 | -4 |
| 51 | Centene | $60,116.0 | 23.8% | $900.0 | 8.7% | $30,901.0 | $21,939.7 | 10 |
| 56 | Humana | $56,912.0 | 5.8% | $1,683.0 | -31.3% | $25,413.0 | $36,079.6 | - |
| 65 | Cigna | $48,650.0 | 16.9% | $2,637.0 | 17.9% | $153,226.0 | $61,058.9 | 8 |
| 155 | WellCare Health Plans | $20,414.1 | 20.0% | $439.8 | 17.7% | $11,764.7 | $13,569.0 | 15 |
| 168 | Molina Healthcare | $18,890.0 | -5.0% | $707.0 | - | $7,154.0 | $8,890.9 | -16 |
| 417 | Magellan Health | $7,314.2 | 25.3% | $24.2 | -78.1% | $2,979.1 | $1,577.2 | 58 |
| 765 | Triple-S Management | $2,996.1 | 2.7% | $-63.3 | -216.2% | $2,760.2 | $527.9 | -22 |