# Exhibit AAA

# Unconditional trust makes a stronger bond.

## GO LONG®

Consider an AARP® Medicare Supplement Insurance Plan, insured by UnitedHealthcare Insurance Company.

Like all standardized Medicare supplement insurance plans, they cover some of the expenses Medicare doesn't pay.

Discover more about what these types of plans offer:

- **Keep or choose any doctor who accepts Medicare patients**
- **Virtually no referrals needed**
- **No network restrictions**



AARP® Medicare Supplement Plans insured by **UnitedHealthcare Insurance Company**

## Take the next step.

Request a **FREE** Decision Guide on AARP® Medicare Supplement Insurance Plans.



Call toll-free 1-877-545-2596, code 5SX, TTY 711, mail the attached card, or visit AARPMedicareSupplement.com



AARP endorses the AARP Medicare Supplement Insurance Plans, insured by UnitedHealthcare Insurance Company. UnitedHealthcare Insurance Company pays royalty fees to AARP for the use of its intellectual property. These fees are used for the general purposes of AARP. AARP and its affiliates are not insurers. Insured by UnitedHealthcare Insurance Company, Horsham, PA (UnitedHealthcare Insurance Company of New York, Islandia, NY for New York residents). Policy form No. GRP 79171 GPS-1 (G-36000-4). In some states plans may be available to persons under age 65 who are eligible for Medicare by reason of disability or End-Stage Renal Disease.
**Not connected with or endorsed by the U.S. Government or the federal Medicare program.**
**This is a solicitation of insurance. A licensed insurance agent/producer may contact you.**
Call a licensed insurance agent/producer at the toll-free number in this advertisement for complete information including benefits, costs, eligibility requirements, exclusions and limitations.
**You must be an AARP member to enroll in an AARP Medicare Supplement Plan.**

AS2758ST (5-13)

AARP_KRUKAS_0000220