UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS and ANDREA KUSHIM, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>　　　　Defendants. | Civil Action No. 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

**|PROPOSED| ORDER CLARIFYING THE COURT'S
JULY 19 AND JULY 23, 2021, ORDERS**

Having reviewed Plaintiffs' Motion for Clarification, and for good cause shown, the Motion is hereby GRANTED, and the Court hereby clarifies, pursuant to the Minute Order entered July 23, 2021, this case is stayed for all purposes.

IT IS SO ORDERED by this Court, this _____ day of _____.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Chief Judge Beryl A. Howell

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| HELEN KRUKAS and ANDREA KUSHIM, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>AARP, INC.; AARP SERVICES INC.; and AARP INSURANCE PLAN,<br><br>      Defendants. | Civil Action No. 1:18-cv-01124-BAH<br><br>Chief Judge Beryl A. Howell |

## |ALTERNATIVE PROPOSED| ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION

Having reviewed Plaintiffs' Motion to Extend Pending Deadlines, and for good cause shown, the Motion is hereby GRANTED, and it is hereby ordered that Plaintiffs' time to file a reply expert report shall be 30 days after the Court issues a decision on summary judgment; and the parties' time to complete expert depositions shall be 60 days after the Court issues a decision on summary judgment.

IT IS SO ORDERED by this Court, this _____ day of _____.

_____
Honorable Chief Judge Beryl A. Howell