## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HELEN KRUKAS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AARP, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 18-1124 (BAH)<br><br>Chief Judge Beryl A. Howell |

## <u>ORDER</u>

Upon consideration of defendants' Motion for Summary Judgment, ECF No. 95, plaintiffs' Motion for Class Certification, ECF No. 56, the memoranda submitted in support and opposition, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment, ECF No. 95, is GRANTED; it is further

**ORDERED** that this case is dismissed for lack of standing; it is further

**ORDERED** that plaintiffs' Motion for Class Certification, ECF No. 56, is DENIED AS MOOT, in light of the dismissal of this case; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

*This is a final and appealable Order.*

Date:  November 2, 2021

_____
BERYL A. HOWELL
Chief Judge