## TABLE OF CONTENTS

| **Description** | **Page No.** |
|---|---|
| 11/30/2020 Veritext Invoice No. 4669210 in the amount of $1,154.10 for the deposition of John Larew | 1 |
| 12/09/2020 Veritext Invoice No. 4703770 in the amount of $1,379.50 for the deposition of Helen Krukas | 2 |
| 01/04/2021 Veritext Invoice No. 4749491 in the amount of $1,621.50 for the deposition of Andrea Kushim | 3 |
| 02/03/2021 Veritext Invoice No. 4806823 in the amount of $2,649.60 for the deposition of Holly Blanchard | 4 |
| 02/04/2021 Veritext Invoice No. 4809096 in the amount of $2,295.30 for the deposition of Gregory Pinsonneault | 5 |
| 06/29/2021 Veritext Invoice No. 5102383 in the amount of $1,922.20 for the deposition of Douglas Armstrong | 6 |
| 06/30/2021 Veritext Invoice No. 5109225 in the amount of $1,236.40 for the deposition of Ryan Hatcher | 7 |
| 07/19/2021 Veritext Invoice No. 5132791 in the amount of $1,313.90 for the deposition of Kevin Tator | 8 |
| 07/13/2021 Parasec Invoice No. 162962001 in the amount of $208.00 for copies of United Healthcare's incorporation documents | 9 |
| 07/15/2021 Parasec Invoice No. 162510401 in the amount of $260.00 for copies of United Healthcare's incorporation documents | 10 |
| Copy costs pursuant to LCvR 54.1(d)(9) in the amount of $300.00 | --- |

**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jeffrey Russell<br>Bryan Cave Leighton Paisner LLP<br>211 N Broadway, Suite 3600<br>One Metropolitan Square<br>St. Louis, MO, 63102 | | |
|---|---|---|---|

| Invoice #: | 4669210 |
|---|---|
| Invoice Date: | 11/30/2020 |
| Balance Due: | $1,154.10 |

| Case: Krukas, Helen v. AARP Inc. Et Al (1:18-cv-01124-BAH) | Proceeding Type: Depositions |
|---|---|

Job #: 4322998   |   Job Date: 11/5/2020   |   Delivery: Normal

Location: Washington, DC
Billing Atty: Jeffrey Russell
Scheduling Atty: Brett Cebulash | Taus Cebulash & Landau LLP

| Witness: John Larew | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript | 298.00 | $2.95 | $879.10 |
| Exhibits | 447.00 | $0.50 | $223.50 |
| Litigation Package (all Electronic Files) | 1.00 | $32.50 | $32.50 |
| Electronic Delivery and Handling | 1.00 | $19.00 | $19.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,154.10 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,154.10 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 4669210 |
|---|---|
| Invoice Date: | 11/30/2020 |
| Balance Due: | $1,154.10 |

50847

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alec W. Farr Esq<br>Bryan Cave Leighton Paisner LLP<br>1155 F St NW<br>Washington, DC, 20004 |
|---|---|

| | |
|---|---:|
| Invoice #: | **4703770** |
| Invoice Date: | **12/9/2020** |
| Balance Due: | **$1,379.50** |

**Case: Krukas, Helen, et al. v. AARP, Inc., et al. (1:18-cv-01124-BAH)**  **Proceeding Type: Depositions**

Job #: 4345211   |   Job Date: 11/19/2020   |   Delivery: Normal

Location:           Saint Louis, MO
Billing Atty:       Alec W. Farr Esq
Scheduling Atty:    Alec W. Farr Esq | Bryan Cave Leighton Paisner LLP

| Witness: Helen Krukas | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original Transcript - Medical, Technical or Video | 172.00 | $4.50 | $774.00 |
| Attendance (Hourly) | 4.00 | $50.00 | $200.00 |
| Litigation Package (all Electronic Files) | 1.00 | $32.50 | $32.50 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,379.50 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,379.50 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Invoice #:      **4703770**
Invoice Date:   **12/9/2020**
Balance Due:    **$1,379.50**

50847

## Veritext, LLC - Midwest Region

Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Alec W. Farr Esq
Bryan Cave Leighton Paisner LLP
1155 F St NW
Washington, DC, 20004

| | |
|---|---|
| Invoice #: | 4749491 |
| Invoice Date: | 1/4/2021 |
| Balance Due: | $1,621.50 |

**Case: Krukas, Helen, Et Al. v. AARP, Inc., Et Al. (1:18-cv-01124-BAH)**   **Proceeding Type: Depositions**

Job #: 4362645  |  Job Date: 12/10/2020  |  Delivery: Normal
Location:         Saint Louis, MO
Billing Atty:     Alec W. Farr Esq
Scheduling Atty:  Alec W. Farr Esq | Bryan Cave Leighton Paisner LLP

| Witness: Andrea Kushim | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original Transcript - Medical, Technical or Video | 130.00 | $4.50 | $585.00 |
| Attendance (Hourly) | 3.00 | $50.00 | $150.00 |
| Exhibits | 62.00 | $0.50 | $31.00 |
| Litigation Package-Secure File Suite | 1.00 | $32.50 | $32.50 |
| Concierge Tech Support | 3.00 | $150.00 | $450.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,621.50 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,621.50 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 182 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

50847

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| Invoice #: | 4749491 |
| Invoice Date: | 1/4/2021 |
| Balance Due: | $1,621.50 |

**Veritext, LLC - Midwest Region**

Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alec W. Farr Esq<br>Bryan Cave Leighton Paisner LLP<br>1155 F St NW<br>Washington, DC, 20004 |
|---|---|

| Invoice #: | 4806823 |
|---|---|
| Invoice Date: | 2/3/2021 |
| Balance Due: | $2,649.60 |

| Case: Krukas, Helen, Et Al. v. AARP, Inc., Et Al. (1:18-cv-01124-BAH) | Proceeding Type: Depositions |
|---|---|

Job #: 4418341   |   Job Date: 1/27/2021   |   Delivery: Expedited

Location:          Saint Louis, MO
Billing Atty:      Alec W. Farr Esq
Scheduling Atty:   Alec W. Farr Esq | Bryan Cave Leighton Paisner LLP

| Witness: Holly Blanchard | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original Transcript - Medical, Technical or Video | 250.00 | $4.50 | $1,125.00 |
| Original Transcript - Expedited - Medical, Technical or Video | 250.00 | $2.25 | $562.50 |
| Attendance (Hourly) | 5.50 | $50.00 | $275.00 |
| Exhibits | 1554.00 | $0.15 | $233.10 |
| Litigation Package-Secure File Suite | 1.00 | $32.50 | $32.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---:|
| Invoice Total: | $2,649.60 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,649.60 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 152 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 4806823 |
|---|---|
| Invoice Date: | 2/3/2021 |
| Balance Due: | $2,649.60 |

50847

**Veritext, LLC - Midwest Region**
Tel. 800-878-6750 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alec W. Farr Esq<br>Bryan Cave Leighton Paisner LLP<br>1155 F St NW<br>Washington, DC, 20004 |
|---|---|

| Invoice #: | 4809096 |
|---|---|
| Invoice Date: | 2/4/2021 |
| Balance Due: | $2,295.30 |

| Case: Krukas, Helen, et al. v. AARP, Inc., et al. (1:18-cv-01124-BAH) | Proceeding Type: Depositions |
|---|---|

Job #: 4418322   |   Job Date: 1/22/2021   |   Delivery: Normal

Location:           Saint Louis, MO
Billing Atty:       Alec W. Farr Esq
Scheduling Atty:    Alec W. Farr Esq | Bryan Cave Leighton Paisner LLP

| Witness: Gregory Pinsonneault | Quantity | Price | Amount |
|---|---|---|---|
| Original Transcript - Medical, Technical or Video | 240.00 | $4.50 | $1,080.00 |
| Attendance (Hourly) | 6.50 | $50.00 | $325.00 |
| Exhibits | 223.00 | $0.50 | $111.50 |
| Rough Draft | 203.00 | $1.60 | $324.80 |
| Litigation Package-Secure File Suite | 1.00 | $32.50 | $32.50 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:

| Invoice Total: | $2,295.30 |
|---|---|
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,295.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 4809096 |
|---|---|
| Invoice Date: | 2/4/2021 |
| Balance Due: | $2,295.30 |

50847

**Veritext, LLC - New York Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jeffrey Russell<br>Bryan Cave Leighton Paisner LLP<br>211 N Broadway, Suite 3600<br>One Metropolitan Square<br>St. Louis, MO, 63102 | **Invoice #:** | **5102383** |
|---|---|---|---|
| | | **Invoice Date:** | **6/29/2021** |
| | | **Balance Due:** | **$1,922.20** |

**Case: Krukas, Helen v. AARP Inc. et al (1:18-cv-01124-BAH)**  **Proceeding Type: Depositions**

Job #: 4630692   |   Job Date: 6/11/2021   |   Delivery: Normal

Location:           New York, NY
Billing Atty:       Jeffrey Russell
Scheduling Atty:  Kevin S. Landau Esq | Taus Cebulash & Landau LLP

| Witness: Douglas Armstrong | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript | 333.00 | $3.65 | $1,215.45 |
| Rough Draft | 333.00 | $1.75 | $582.75 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Exhibits - Scanned/Searchable/OCR | 916.00 | $0.00 | $0.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | $1,922.20 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,922.20 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5102383** |
|---|---:|
| **Invoice Date:** | **6/29/2021** |
| **Balance Due:** | **$1,922.20** |

50847

## Veritext, LLC - New York Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jeffrey Russell<br>Bryan Cave Leighton Paisner LLP<br>211 N Broadway, Suite 3600<br>One Metropolitan Square<br>St. Louis, MO, 63102 | Invoice #: | 5109225 |
|---|---|---|---|
| | | Invoice Date: | 6/30/2021 |
| | | Balance Due: | $1,236.40 |

**Case: Krukas, Helen v. AARP Inc. Et Al (1:18-cv-01124-BAH)**   **Proceeding Type: Depositions**

Job #: 4630716   |   Job Date: 6/16/2021   |   Delivery: Normal

Location:          New York, NY
Billing Atty:      Jeffrey Russell
Scheduling Atty:   Kevin S. Landau Esq | Taus Cebulash & Landau LLP

| Witness: Ryan Hatcher | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript | 206.00 | $3.65 | $751.90 |
| Rough Draft | 206.00 | $1.75 | $360.50 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Exhibits - Scanned/Searchable/OCR | 283.00 | $0.00 | $0.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | Invoice Total: | $1,236.40 |
|---|---|---:|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,236.40 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 5109225 |
|---|---|
| Invoice Date: | 6/30/2021 |
| Balance Due: | $1,236.40 |

50847

**Veritext, LLC - New York Region**
Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alec W. Farr Esq<br>Bryan Cave Leighton Paisner LLP<br>1155 F St NW<br>Washington, DC, 20004 | | Invoice #:<br>Invoice Date:<br>Balance Due: | 5132791<br>7/19/2021<br>$1,313.90 |

| Case: Krukas, Helen v. Aarp Inc. Et Al (1:18-cv-01124-BAH) | Proceeding Type: Depositions |

Job #: 4630720   |   Job Date: 6/28/2021   |   Delivery: Normal
Location:        New York, NY
Billing Atty:    Alec W. Farr Esq
Scheduling Atty: Kevin S. Landau Esq | Taus Cebulash & Landau LLP

| Witness: Kevin Tator | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript | 326.00 | $3.65 | $1,189.90 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| Exhibits - Scanned/Searchable/OCR | 314.00 | $0.00 | $0.00 |
| Veritext Exhibit Package (ACE) | 1.00 | $48.00 | $48.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |
| Notes: | | Invoice Total: | $1,313.90 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $1,313.90 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 112 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| **Pay by Check - Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #:<br>Invoice Date:<br>Balance Due: | 5132791<br>7/19/2021<br>$1,313.90 |



# INVOICE
Page 1 of 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attn: James Thurow
211 NORTH BROADWAY #3600
ST LOUIS, MO 63102-2750

**Customer:** Z46639
**Invoice:** 162962001
**Date:** 07/13/2021

Net 30 Days

## UNITEDHEALTHCARE INSURANCE COMPANY

### Connecticut

Retrieve Corporate Document/s

Miscellaneous Document (CERTIFIED COPY OF AMENDMENT NAME DATE OF 12/31/2008)

| | |
|---|---|
| Parasec Service Fee | $40.00 |
| Parasec Standard Rush Service Fee | $28.00 |
| Agency Copy Fee | $55.00 |
| Agency Rush Fee | $50.00 |
| Correspondent Charge | $35.00 |
| **Subtotal:** | **$208.00** |

| | |
|---|---|
| **Invoice Total** | **$208.00** |
| **Money Applied** | **$0.00** |
| **Please Remit** | **$208.00** |

**Invoice:** 162962001
**Federal ID #:** 94-2756118

## Easy Ways To Pay

We offer a variety of ways to submit payment. Simply select the method that works best for you!



# INVOICE
Page 1 of 2

BRYAN CAVE LEIGHTON PAISNER LLP
Attn: James Thurow
211 NORTH BROADWAY #3600
ST LOUIS, MO 63102-2750

**Customer:** Z46639
**Invoice:** 162510401
**Date:** 07/15/2021
**Ref:** 1139938.000010

Net 30 Days

## UNITEDHEALTHCARE INSURANCE COMPANY
### Connecticut

*Obtain Miscellaneous Document*
| | |
|---|---|
| Parasec Service Fee | $40.00 |
| Agency Copy Fee | $55.00 |
| Correspondent Charge | $35.00 |

*Obtain Miscellaneous Document*
| | |
|---|---|
| Parasec Service Fee | $40.00 |
| Agency Copy Fee | $55.00 |
| Correspondent Charge | $35.00 |

**Subtotal: $260.00**

| | |
|---|---|
| **Invoice Total** | $260.00 |
| **Money Applied** | $0.00 |
| **Please Remit** | $260.00 |

**Invoice:** 162510401
**Federal ID #:** 94-2756118

## Easy Ways To Pay

We offer a variety of ways to submit payment. Simply select the method that works best for you!