# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 21-7136**                                                       **September Term, 2022**

                                                                                   **1:18-cv-01124-BAH**

                                           **Filed On: September 22, 2022** [1965512]

Helen Krukas, on behalf of herself and all others similarly situated and Andrea Kushim,

        Appellants

    v.

AARP Services, Inc., et al.,

        Appellees

## M A N D A T E

In accordance with the order of September 22, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                                     BY:    /s/
                                                     Laura M. Morgan
                                                     Deputy Clerk

Link to the order filed September 22, 2022