United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 21-7136                                                September Term, 2022

1:18-cv-01124-BAH

Filed On: September 22, 2022

Helen Krukas, on behalf of herself and all
others similarly situated and Andrea Kushim,

       Appellants

    v.

AARP Services, Inc., et al.,

       Appellees

**O R D E R**

Upon consideration of the consent motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:    /s/
                Laura Morgan
                Deputy Clerk